# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   LaDonne Bush          Date: December 2, 2009
Court Reporter:     Paul Zuckerman
Probation Officer:  Grant Hanson
Interpreter:        Adriana Weisz

Criminal Action No. 08-cr-00161-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Mark Barrett

       Plaintiff,

v.

FAUSTO OLIVAS,                            Brandon Marinoff

       Defendant.

---

## SENTENCING MINUTES
---

**9:41 a. m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 21, 2009.  Defendant pled guilty to Count 2 of the Superseding Indictment.**

Interpreter sworn.

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government does request departure (Doc. #895).  Argument by Mr. Barrett.

The parties do not contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.  Statements made by defense counsel and the defendant.  No statement by the Government.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument.

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Government's Motion to Depart Downward Pursuant to 5K1.1 (Doc. 895) is denied as moot.

**ORDER:** Bond is exonerated.

The defendant is advised of his right to appeal.

**10:08 a.m.** **Court in recess.**

Time: 00:27
Hearing concluded.